**Order entered October 1, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00991-CV

### CARE TECTURE, LLC, Appellant

### V.

### MATHESON COMMERCIAL PROPERTIES, LLC, Appellee

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-03112-2017**

## ORDER

By letter dated September 27, 2019, appellant informs the Court he has requested and made payment arrangements for the reporter's record. Accordingly, we **ORDER** Karla Kimbrell, Official Court Reporter for the 380th Judicial District Court, to file the record no later than October 30, 2019.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Kimbrell and the parties.

/s/    KEN MOLBERG
        JUSTICE